# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-24-00397-CV

**Robert Wright, Appellant**

**v.**

**Housing Authority of The City of Austin and Pathways at Bouldin Oaks, LLC, Appellees**

### FROM THE COUNTY COURT AT LAW NO. 2 OF TRAVIS COUNTY
### NO. C-1-CV-24-002125, THE HONORABLE ERIC SHEPPERD, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellant's brief was originally due on September 30, 2024. On October 22, 2024, this Court sent a notice to appellant informing him that his brief was overdue and that a failure to file a satisfactory response by November 1, 2024, would result in the dismissal of this appeal for want of prosecution. To date, appellant has not filed a brief or a motion for extension of time. Accordingly, we dismiss this appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

Edward Smith, Justice

Before Chief Justice Byrne, Justices Smith, and Theofanis

Dismissed for Want of Prosecution

Filed: December 27, 2024